**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :       UNSEALING ORDER
                                    :
         - v. -                     :       15 Mag. 1335
                                    :
ROGER THOMAS CLARK,                 :
                                    :
         Defendant.                 :
- - - - - - - - - - - - - - - - - - x



   Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Richard Cooper;

   It is found that the Complaint in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, it is therefore

   ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:      New York, New York
            December 4, 2015

                                    _____
                                    THE HONORABLE SARAH NETBURN
                                    UNITED STATES MAGISTRATE JUDGE